EVAN M. GOLDMAN (*Admitted Pro Hac Vice*)
**THE FRANCHISE FIRM LLP**
225 Wilmington West Chester Pike, Suite 200
Chadds Ford, Pennsylvania 19317
Tel. 215-965-1553
Email: evan@thefranchisefirm.com
*Attorneys for Plaintiff Sr. Ozzy's Franchising LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sr. Ozzy's Franchising LLC, an Arizona limited liability company, and Sr Ozzy's LLC, an Arizona limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>Jissel Morales, an unmarried individual, Fermin Morales, an unmarried individual, Martha Patricia Morales and John Doe Morales, a married couple, and Sr Ozzy's Bar & Grill, LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No. 2:23-cv-00238-GMS<br><br>**JOINT MOTION TO WITHDRAW EMERGENCY MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE (DOC. 50), GRANT MOTION TO ENTER STIPUALTED JUDGMENT (DOC. 47), AND PERMIT PLAINTIFFS LEAVE TO SUBMIT AN AFFIDAVIT OF SERVICES**<br><br>(Assigned to Hon. G. Murray Snow) |

The parties, Plaintiffs, Sr. Ozzy's Franchising LLC and Sr. Ozzy's LLC (collectively, "Plaintiffs"), and Defendants, Jissel Morales, Fermin Morales, Martha Patricia Morales, and Sr Ozzy's Bar & Grill, LLC (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through counsel, hereby stipulated and agree as follows:

1.   Plaintiffs' Emergency Motion for Issuance of Order to Show Cause re: Contempt of Stipulated Injunction and Dismissal Order (Doc. 50) is hereby withdrawn, without prejudice, based on Defendants' evidencing their cessation of business operations;

1

2. Plaintiffs' Motion for Entry of Stipulated Judgment (Doc. 47) shall be granted, and judgment shall be entered against Defendants, jointly and severally, in an amount not less than $87,000; and

3. Prior to the Court's entry of the Stipulated Judgment, Plaintiffs shall be permitted, within ten (10) days of the Court's forthcoming Order, to submit an Affidavit of Services, detailing the basis for, and amount of, attorneys' fees being sought by Plaintiffs (the "Fee Submission"). Defendants shall have ten (10) days from Plaintiffs' submission to oppose some or all of the Fee Submission. Plaintiffs shall then have five (5) days to submit a reply in further support of the Fee Submission. After considering the Fee Submission, the parties jointly request that the Court rule on Plaintiffs' entitlement to attorneys' fees and costs and, if Plaintiffs are so entitled, the amount of same, before entering a judgment in that amount plus $87,000.

| **THE FRANCHISE FIRM LLP** | **DENTON PETERSON DUNN, PLLC** |
|---|---|
| By: __/s/ Evan M. Goldman__<br>Evan M. Goldman, Esquire<br>(Admitted *Pro Hac Vice*)<br>225 Wilmington West Chester Pike<br>Suite 200<br>Chadds Ford, Pennsylvania 19317<br>Phone: 215-965-1553<br>Email: evan@thefranchisefirm.com<br><br>*Attorneys for Plaintiffs, Sr. Ozzy's Franchising LLC and Sr Ozzy's LLC* | By: __/s/ Hanna K. Durrett__<br>Hannah K. Durrett<br>1930 N. Arboleda Road, Suite 200<br>Mesa, Arizona 85213<br>Telephone: 480.325.9900<br>E-mail: Hannah@DentonPeterson.com<br><br>*Attorneys for Defendants, Jissel Morales, Fermin Morales, Martha Patricia Morales, and Alma Mia, LLC f/k/a Sr. Ozzy's Bar & Grill, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Evan M. Goldman*