# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sr. Ozzy's Franchising LLC, et al., | No. CV-23-00238-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Jissel Morales, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Entry of Stipulated Judgment (Doc. 47), the Party's Joint Motion for Judgment (Doc. 58), and the Plaintiff's Motion for Attorneys' Fees and Related Non-Taxable Costs (Doc. 60).

The Parties' Joint Motion for Judgment (Doc. 58) is granted, thereby granting Plaintiff's Motion for Entry of Stipulated Judgment (Doc. 47).

On September 19, 2023, the parties entered a settlement agreement in which Defendants stipulated to an injunction and agreed to pay $65,000 in ten monthly installments of $6500 beginning on October 5, 2023. It further stipulated that if there was a failure to pay any of the monthly amounts a judgment in the amount of One Hundred Thousand Dollars less any of the monthly payments previously made would be entered against the Defendants. It further permitted any Party successful in instituting enforcement proceedings could seek its attorneys' fees. Each party was to pay its own costs and attorneys' fees.

Plaintiff now seeks its attorneys' fees incurred in filing the Order to Show Cause and the Stipulated Judgment (Doc. 60). No fees incurred in filing the Order to Show Cause are awarded. The Defendants breached the settlement agreement for failure to make their monthly payments under the settlement agreement, but the Defendants were no longer operating their restaurant when the Order to Show Cause was being prepared or was filed. Plaintiffs could have determined the restaurant was closed by trying to enter it. In the absence of this basic investigatory step, no attorney's fees are awarded related to the Order to Show Cause.

Very little effort was entailed in filing the Stipulated Settlement Agreement since it was already signed by the Defendants at the time of settlement, and only needed to be filled in and filed. After reviewing the filings, the Court adopts the amount suggested by Defendant ($1750) due to the intermingled amounts and the unverifiable alternative amount suggested by Plaintiffs' counsel in the Reply.

**IT IS ORDERED** granting Plaintiffs judgment against Defendants, jointly and severally, in the amount of Eighty-Seven Thousand Dollars ($87,000.00) with an additional Seventeen Hundred and Fifty Dollars ($1,750.00) in attorneys' fees for a total joint and several judgment of Eighty-Eight-Thousand Seven Hundred Fifty Dollars ($88,750.00).

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment consistent with this Order.

Dated this 21st day of June, 2024.

_____
G. Murray Snow
Chief United States District Judge