# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sr. Ozzy's Franchising LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Jissel Morales, et al.,<br><br>    Defendants. | **NO. CV-23-00238-PHX-GMS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 24, 2024, judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the amount of Eighty-Seven Thousand Dollars ($87,000.00) with an additional Seventeen Hundred and Fifty Dollars ($1,750.00) in attorneys' fees for a total joint and several judgment of Eighty-Eight-Thousand Seven Hundred Fifty Dollars ($88,750.00).

Debra D. Lucas
District Court Executive/Clerk of Court

June 24, 2024

By   s/ K. James
     Deputy Clerk